B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Fugett, Richard Lee** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5009** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8900 Meadowlark Drive**<br>**Tinley Park, IL**<br>ZIP Code **60487** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Fugett, Richard Lee |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **Michael Koziol** | Case Number: **15-29561** | Date Filed: **8/28/15** |
| District: **ND ILL** | Relationship: **Partner** | Judge: **Deborah L Thorne** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fugett, Richard Lee** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Richard Lee Fugett**
Signature of Debtor **Richard Lee Fugett**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 3, 2015**
Date

### Signature of Attorney*

**X /s/ Konstantine Sparagis**
Signature of Attorney for Debtor(s)

**Konstantine Sparagis 6256702**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Konstantine Sparagis**
Firm Name

**900 W. Jackson Blvd.**
**Ste. 4E**
**Chicago, IL 60607**

Address

**Email: gus@atbankruptcy.com**
**312.753.6956 Fax: 866.333.1840**
Telephone Number

**December 3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): **Fugett, Richard Lee** | Page 3 |

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Richard Lee Fugett_
Signature of Debtor Richard Lee Fugett

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

12/2/2015
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Konstantine Sparagis 6256702**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Konstantine Sparagis**
Firm Name

**900 W. Jackson Blvd.
Ste. 4E
Chicago, IL 60607**
Address

Email: gus@atbankruptcy.com
312.753.6956  Fax: 866.333.1840
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Richard Lee Fugett**                              Case No.
                              Debtor(s)                     Chapter   **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Richard Lee Fugett**
**Richard Lee Fugett**

Date: **December 3, 2015**

Page 2

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ **Incapacity.** (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ **Disability.** (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ **5.** The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  Richard Lee Fugett

Date: 12/2/2015

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Richard Lee Fugett**                                                   Case No.
                                    Debtor(s)                                   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>PO Box 31785<br>Tampa, FL 33631 | Bank of America<br>PO Box 31785<br>Tampa, FL 33631 | Credit Card | | 2,160.00 |
| Castle Law<br>58 E Clinton St #200<br>Joliet, IL 60432 | Castle Law<br>58 E Clinton St #200<br>Joliet, IL 60432 | Attorney Fees | | 10,000.00 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 | Credit Card - ISI liability | Disputed | 63,785.44 |
| Chase Cardmember Service<br>PO Box 94011<br>Palatine, IL 60094 | Chase Cardmember Service<br>PO Box 94011<br>Palatine, IL 60094 | Credit Card | | 3,081.41 |
| Citi<br>PO BOX 6004<br>Sioux Falls, SD 57117 | Citi<br>PO BOX 6004<br>Sioux Falls, SD 57117 | Credit Card | Disputed | 36,673.00 |
| Denis Williams<br>c/o Goodman Law Offices, LLC<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Denis Williams<br>c/o Goodman Law Offices, LLC<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Stock Pledge Agreement - Intelligent Solutions, Inc. 50% shareholder, subject to litigation in Case No. 12 CH 739<br>This entity's debts greatly exce | | Unknown<br><br>(0.00 secured) |
| Denis Williams<br>c/o Goodman Law Offices, LLC<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Denis Williams<br>c/o Goodman Law Offices, LLC<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Membership Interest Pledge Agreement Capers, LLC 50% membership interest, subject to litigation in Case No. 12 CH 739<br>This entity's debts greatly e | | Unknown<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Richard Lee Fugett**                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Duane Morris LLP**<br>**190 South LaSalle Street**<br>**Chicago, IL 60603** | **Duane Morris LLP**<br>**190 South LaSalle Street**<br>**Chicago, IL 60603** | **Legal Fees** | **Disputed** | **48,000.00** |
| **ESMA Investments, LLC**<br>**9930 West 190th Street**<br>**Suite L**<br>**Mokena, IL 60448** | **ESMA Investments, LLC**<br>**9930 West 190th Street**<br>**Suite L**<br>**Mokena, IL 60448** | **Notice Only** | **Unliquidated**<br>**Disputed** | **Unknown** |
| **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Personal guarentee of ESMA loan - Loan secured by collateral described as 9930 W. 190th St., Unit F, Mokena, IL 60448 with estimated fair market value** | | **328,811.01** |
| **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Personal guarentee of ESMA loan - Loan secured by collateral described as 9930 W. 190th St., Unit D, Mokena, IL 60448 with estimated fair market value** | | **327,047.71** |
| **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Hinsdale Bank & Trust Company**<br>**25 E. 1st Street**<br>**Hinsdale, IL 60521** | **Personal guarentee of ESMA loan - Loan secured by collateral described as 9910 W. 190th St., Unit K, Mokena, IL 60448 with estimated fair market value** | | **183,498.74** |
| **Intelligent Cloud Hosting, Inc.**<br>**9930 West 190th Street**<br>**Unit L**<br>**Mokena, IL 60448** | **Intelligent Cloud Hosting, Inc.**<br>**9930 West 190th Street**<br>**Unit L**<br>**Mokena, IL 60448** | **Notice Only** | **Unliquidated**<br>**Disputed** | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Richard Lee Fugett**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JP Morgan Chase Bank<br>PO BOX 24696<br>Columbus, OH 43224 | JP Morgan Chase Bank<br>PO BOX 24696<br>Columbus, OH 43224 | Personal guarentee of ESMA loan secured by collateral described as 9910 W. 190th St., Unit E, Mokena, IL 60448 with estimated fair market value of $20 | | 433,736.61 |
| Kohls<br>Attn: Recovery<br>P.O. Box 3120<br>Milwaukee, WI 53201 | Kohls<br>Attn: Recovery<br>P.O. Box 3120<br>Milwaukee, WI 53201 | Credit Card | | 1,000.00 |
| Law Office of Richard K. Hellerman<br>222 South Riverside Plaza, Ste 2100<br>Chicago, IL 60606 | Law Office of Richard K. Hellerman<br>222 South Riverside Plaza, Ste 2100<br>Chicago, IL 60606 | Legal Fees | | 1,620.00 |
| Michael Koziol<br>12940 Meed Ct.<br>Palos Park, IL 60464 | Michael Koziol<br>12940 Meed Ct.<br>Palos Park, IL 60464 | Notice only | Unliquidated | Unknown |
| Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, IL 60431 | Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, IL 60431 | Legal fees | | 72,327.29 |
| Reed Konnerth<br>11543 Jenyglenn<br>Mokena, IL 60448 | Reed Konnerth<br>11543 Jenyglenn<br>Mokena, IL 60448 | Notice only | Unliquidated | Unknown |
| Westchester Fire Insurance Company<br>c/o Leo & Weber<br>1 N. LaSalle St., Suite 3600<br>Chicago, IL 60602 | Westchester Fire Insurance Company<br>c/o Leo & Weber<br>1 N. LaSalle St., Suite 3600<br>Chicago, IL 60602 | Variable Life insurance with Northwestern Mutual | Disputed | 212,389.50<br><br>(55,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **Richard Lee Fugett**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December  3, 2015**                Signature  **/s/ Richard Lee Fugett**  
                                                                     **Richard Lee Fugett**  
                                                                     Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re  Richard Lee Fugett
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JP Morgan Chase Bank<br>PO BOX 24696<br>Columbus, OH 43224 | JP Morgan Chase Bank<br>PO BOX 24696<br>Columbus, OH 43224 | Personal guarentee of ESMA loan secured by collateral described as 9910 W. 190th St., Unit E, Mokena, IL 60448 with estimated fair market value of $20 | | 433,736.61 |
| Kohls | Kohls | Credit card | | 100.00 |
| Law Office of Richard K. Hellerman<br>222 South Riverside Plaza, Ste 2100<br>Chicago, IL 60606 | Law Office of Richard K. Hellerman<br>222 South Riverside Plaza, Ste 2100<br>Chicago, IL 60606 | Legal Fees | | 1,620.00 |
| Michael Koziol | Michael Koziol | Notice only | Unliquidated | Unknown |
| Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, IL 60431 | Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Drive<br>Joliet, IL 60431 | Legal fees | | 72,327.29 |
| Reed Konnerth<br>11543 Jenyglenn<br>Mokena, IL 60448 | Reed Konnerth<br>11543 Jenyglenn<br>Mokena, IL 60448 | Notice only | Unliquidated | Unknown |
| Westchester Fire Insurance Company<br>c/o Leo & Weber<br>1 N. LaSalle St., Suite 3600<br>Chicago, IL 60602 | Westchester Fire Insurance Company<br>c/o Leo & Weber<br>1 N. LaSalle St., Suite 3600<br>Chicago, IL 60602 | Variable Life insurance with Northwestern Mutual | Disputed | 212,389.50<br>(55,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Richard Lee Fugett**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  12/2/2015            Signature  /s/ Richard Lee Fugett
                                      Richard Lee Fugett
                                      Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bank of America
PO Box 31785
Tampa, FL 33631

Bank of America
PO Box 31785
Tampa, FL 33631

Castle Law
58 E Clinton St #200
Joliet, IL 60432

Chase
P.O. Box 15153
Wilmington, DE 19886

Chase Cardmember Service
PO Box 94011
Palatine, IL 60094

Citi
PO BOX 6004
Sioux Falls, SD 57117

Denis Williams
c/o Goodman Law Offices, LLC
105 W. Madison, Suite 1500
Chicago, IL 60602

Denis Williams
c/o Goodman Law Offices, LLC
105 W. Madison, Suite 1500
Chicago, IL 60602

Donna Koziol

Duane Morris LLP
190 South LaSalle Street
Chicago, IL 60603

Emergency Vehicle Technologies

ESMA Investments LLC
c/o Mark D. Belongia
20 S. Clark Street, Suite 300
Chicago, IL 60603


ESMA Investments LLC
c/o Mark D. Belongia
20 S. Clark Street, Suite 300
Chicago, IL 60603


ESMA Investments LLC
c/o Mark D. Belongia
20 S. Clark Street, Suite 300
Chicago, IL 60603


ESMA Investments LLC
c/o Mark D. Belongia
20 S. Clark Street, Suite 300
Chicago, IL 60603


ESMA Investments LLC
c/o Mark D. Belongia
20 S. Clark Street, Suite 300
Chicago, IL 60603


ESMA Investments, LLC
9930 West 190th Street
Suite L
Mokena, IL 60448


Hinsdale Bank & Trust Company
25 E. 1st Street
Hinsdale, IL 60521


Hinsdale Bank & Trust Company
25 E. 1st Street
Hinsdale, IL 60521


Hinsdale Bank & Trust Company
25 E. 1st Street
Hinsdale, IL 60521


Howard Ellison
755 Essington Road
Suite 100
Joliet, IL 60435

```
Illinois Department of Labor
160 N. LaSalle, Ste C-1300
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601


Illinois Dept of Employment Securit
2444 W. Lawrence
Chicago, IL 60625


Intelligent Cloud Hosting, Inc.
9930 West 190th Street
Unit L
Mokena, IL 60448


Intelligent Solutions, Inc.
9930 W. 190th Street
Suite L
Mokena, IL 60448


Intelligent Solutions, Inc.
9930 W. 190th Street
Suite L
Mokena, IL 60448


Intelligent Solutions, Inc.
9930 W. 190th Street
Suite L
Mokena, IL 60448


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


JP Morgan Chase Bank
PO BOX 24696
Columbus, OH 43224


Kohls
Attn: Recovery
P.O. Box 3120
Milwaukee, WI 53201
```

Law Office of Richard K. Hellerman
222 South Riverside Plaza, Ste 2100
Chicago, IL 60606


Mary D Fugett
8900 Meadowlark Dr.
Tinley Park, IL 60487


Mary Fugett



Michael Koziol
12940 Meed Ct.
Palos Park, IL 60464


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol


Michael Koziol

Michael Koziol

Michael Koziol

Michael Koziol

Michael Koziol

Michael Koziol

Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431

Reed Konnerth
11543 Jenyglenn
Mokena, IL 60448

Reed Konnerth
11543 Jenyglenn
Mokena, IL 60448

Reed Konnerth
11543 Jenyglenn
Mokena, IL 60448

Reed Konnerth
11543 Jenyglenn
Mokena, IL 60448

Reed Konnerth
11543 Jenyglenn
Mokena, IL 60448

Tyson Michael Garbrecht
c/o Cooney, Corso & Moynihan, LLC
1423 Centre Circle
Downers Grove, IL 60515

```
Tyson Michael Garbrecht
c/o Cooney, Corso & Moynihan, LLC
1423 Centre Circle
Downers Grove, IL 60515


Wermer, Rogers, Doran & Ruzon, LLC
755 Essington Road
Joliet, IL 60435


Westchester Fire Insurance Company
c/o Leo & Weber
1 N. LaSalle St., Suite 3600
Chicago, IL 60602
```